AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**SEALED**

| | | |
|---|---|---|
| **FILED** | | |
| **Jun 09, 2026** | | |
| CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | | |

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Harman PAHAL, Cameron CHOUANMASAY, Colton MALONE, Julian CALDERON and Jaskarn BATTH | ) ) | Case No.   1:26-mj-00069 EPG |
| | ) ) ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT BY RELIABLE ELECTRONIC OR TELEPHONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    December 10, 2024 to present    in the county of    Fresno & elsewhere    in the

Eastern    District of    California & elsewhere  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 371 | Conspiracy to Unlawfully Deal in Firearms<br>  Max Penalties: 5 years imprisonment, $250,000 fine, 3 years TSR |
| 18 USC 922(a)(1)(A), 924(n) | Unlawful Interstate Dealing in Firearms<br>  Max Penalties: 10 years imprisonment, $250,000 fine, 3 years TSR |
| 18 USC 922(a)(3) | Unlawful Importation of Firearms<br>  Max Penalties: 5 years imprisonment, $250,000 fine, 3 years TSR |
| | $100 special assessment per count |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*David Fenstermaker*

*Complainant's signature*

Dave Fenstermaker, HSI TFO

*Printed name and title*

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P.
4.1 by telephone

Date:   **Jun 9, 2026**

*Eric P. Grosjean*

*Judge's signature*

City and state:       Fresno, California              Hon. Erica P. Grosjean, U.S. Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**HARMAN PAHAL, CAMERON CHOUANMASAY, COLTON MALONE, JULIAN CALDERON**, AND **JASKARN BATTH**<br><br>Defendants. | CASE NO.<br><br>AFFIDAVIT OF HSI TASK FORCE OFFICER DAVID FENSTERMAKER |

I, David Fenstermaker, being duly sworn, hereby depose and state as follows:

## I.    <u>INTRODUCTION</u>

1.    This affidavit supports a complaint and arrest warrant charging **Harman PAHAL**, **Cameron CHOUANMASAY**, **Colton MALONE**, **Julian CALDERON**, and **Jaskarn BATTH** with violations of 18 U.S.C. § 371, Conspiracy to Unlawfully Deal Firearms, 18 U.S.C. §§ 922(a)(1)(A), 924(n), Unlawful Firearms Dealing Across State Lines, and 18 U.S.C. § 922(a)(3), Unlawful Interstate Importation of Firearms.

2.    The facts in this affidavit come from my observations, my training and experience, and information related to me by other law enforcement officers and agents. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## II.    <u>AFFIANT'S BACKGROUND</u>

3.    I am a Task Force Officer (TFO) with the United States Department of Homeland Security ("DHS")/ Immigration and Customs Enforcement/ Homeland Security Investigations ("HSI"),

AFFIDAVIT                                                    1

presently assigned to the Office of the Resident Agent in Charge, Fresno, California ("HSI Fresno"). As a TFO, I am authorized by law or a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws. I have been deputized in accordance with the United States Code, Titles 18, 19, and 21.

4.      I am employed by the City of Fresno Police Department and have been a full-time Sworn Peace Officer in the State of California and previously the State of Pennsylvania for the past 25 years.

5.      My peace officer experience includes patrol duties, special assignments, and investigations. I was previously assigned to the Street Violence Bureau - Felony Assault Unit, where my duties included assisting in homicide crime scenes and investigating carjacking, shootings, stabbings, home invasions, suspicious deaths, and felony assaults. I am now assigned to Homeland Security Investigations, where my responsibilities involve investigating the sale and transportation of firearms and narcotics, as well as human trafficking, sexual exploitation, terrorism, and gangs. Additional duties are being assigned to the Fentanyl Overdose Resolution Team (FORT), which comprises Special Agents and Task Force officers from HSI, the Drug Enforcement Administration (DEA), the Fresno Police Department (FPD), the Clovis Police Department (CPD), and the Fresno Sheriff's Office. FORT responds to and investigates suspected fentanyl overdoses, both fatal and non-fatal, and conducts investigations to determine the source of supply.

6.      I have received over 2,000 hours of training specifically related to criminal investigations involving sexual assault, domestic violence, officer-involved shootings, interviews and interrogations, search warrants, narcotics, gangs, homicides, and firearms. Through my training and experience, I am knowledgeable about identifying various firearms and their components. I am also familiar with the different methods individuals use to obtain, possess, manufacture, transport, and sell firearms. Additionally, I understand the modus operandi related to the illegal use of such proceeds in violation of federal law. These methods include the use of telephones, cell phones, and wireless communication

AFFIDAVIT

2

technology; counter-surveillance techniques; complex smuggling schemes tied to legitimate businesses; false or fictitious identities; and coded or ambiguous text messages to evade law enforcement. I have also interviewed firearms distributors and discussed their lifestyles, appearances, habits, distribution methods, and current trends.

7. I am familiar with the facts and circumstances of the investigation through discussions with other law enforcement and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this declaration I assert that a statement was made, the information was provided by another agent, law enforcement officer, or witness who may have had either direct or hearsay knowledge of that statement, and to whom I or others have spoken or whose reports I have read and reviewed. Such statements are among many made by others and are stated in substance and in part unless otherwise indicated. Since this declaration is submitted to secure a search warrant for the above items, I have not included details of every aspect of the investigation. Facts not set forth herein are not being relied upon in reaching my conclusion that the requested order should be issued. Nor do I ask that this Court rely on any facts not set forth herein in reviewing this application.

### III. APPLICABLE LAW

8. Title 18, United States Code, Section 922(a)(1)(A), prohibits any person from engaging in the business of importing, manufacturing, or dealing in firearms, or in the course of such business, to ship, transport, or receive any firearms in interstate or foreign commerce. 18 U.S.C. § 922(a)(1)(A). Title 18, United States Code, Section 922(a)(3), prohibits any person from transporting into or receiving in the State where he resides (or if the person is a corporation or other business entity, the State where it maintains a place of business) any firearm purchased or otherwise obtained by such person outside that State. 18 U.S.C. § 922(a)(3). Title 18, United States Code, Section 924(n), prohibits any person who, with the intent to engage in conduct that constitutes a violation of section 922(a)(1)(A), travels from

any State or foreign country into any other State and acquires, or attempts to acquire, a firearm in such other State in furtherance of such purpose. 18 U.S.C. § 924(n).

### IV.   SUMMARY OF PROBABLE CAUSE

9.      On or about December 11, 2024, **Cameron CHOUANMASAY**, **Harman PAHAL**, and **Julian CALDERON** traveled to Dallas/Fort Worth, Texas. Their social media accounts show multiple photos of them with multiple firearms while in Texas. On December 17, 2024, GPS coordinates for **Jaskarn BATTH** and Mailik HAWARI indicate they visited the same location in the Dallas/Fort Worth area as **CHOUANMASAY**, **PAHAL**, and **CALDERON**. Photos associated with these accounts show **Colton MALONE** with **Jaskarn BATTH** and Mailik HAWARI while they were driving to Texas. On December 18, 2024, all six drove back to Fresno, CA. After returning to Fresno, CA, the suspects continued to post photos of themselves with the same firearms they acquired in Texas. They also discussed selling these firearms with various people.

### V.   PROBABLE CAUSE

10.     On May 15, 2025, I was requested by Fresno Police Department (FPD) Detectives B. Dudley and J. Button to assist with an ongoing investigation. I met with Detectives Dudley and Button, who briefed me on an auto theft investigation involving a group of individuals from the Fresno area. During their investigation, they learned that this same group was trafficking firearms from Texas to Fresno. This conclusion was based on evidence the detectives reviewed after several social media and iCloud search warrants were obtained. The following information details the investigation conducted by Detectives Dudley and Button, identifying the individuals involved and the facts regarding the trafficking of firearms from Texas to Fresno, California.

11.     On April 8, 2025, Detectives Dudley and Button conducted further follow-up on their auto theft ring investigation. Detective Dudley authored a search warrant for the suspects' social media accounts. Upon reviewing the warrant returns, he found that the suspects, **Cameron**

AFFIDAVIT

4

CHOUANMASAY, **Harman PAHAL**, and **Julian CALDERON**, traveled to the Dallas/Fort Worth, Texas, area on December 11, 2024. Their social media accounts show multiple photos of them with multiple firearms while in Texas. On December 17, 2024, GPS coordinates for **Jaskarn BATTH** and Mailik HAWARI indicate they visited the same location in the Dallas/Fort Worth area as **CHOUANMASAY**, **PAHAL**, and **CALDERON**. Photos associated with these accounts show **Colton MALONE** with **Jaskarn BATTH** and Mailik HAWARI while they were driving to Texas.

12.     I reviewed social media messages as well as messages recovered from iCloud warrants between **Cameron CHOUANMASAY** and **Jaskarn BATTH**, including specifically a message thread on or about Tuesday, December 10, 2024. The message indicates that **CHOUANMASAY** wants **BATTH** on standby to travel to Texas with a clean rental car to help transport firearms back to Fresno, CA. **CHOUANMASAY** tells **BATTH** they're gonna be rich.

| User | Message |
| --- | --- |
| Jaskarn | I told ju nd harm but I love you brother bring home sum shiii good Rollie band band allat be safe brother |
| Cameron | I love you more brother if everything goes good brother and we get hella guns yall gonna have to kome in legal dude follow us or something we got shit really lined up we gon be rich |
| Jaskarn | Its good brother we gonna be on standby good rental everything |

13.     Based on my training and experience, **CHOUANMASAY**'s statement "we got shit really lined up we gon be rich" indicates, in context as set out throughout this warrant, that the group is bringing "hella guns" back from Texas to sell. I know, based on my training and experience, that firearms in California sell for higher premiums than in other states because there are more restrictions on firearms sales in California.

AFFIDAVIT

5

14.     From these warrant returns, I observed GPS location data as well as location-tagged photos that showed that on December 18, 2024, all six drove back to Fresno, CA. After arriving back in Fresno, CA, the suspects continue to post pictures of themselves with the same firearms they acquired in Texas. They also have conversations with various people attempting to sell these firearms, as shown below:

**Evidence that the co-conspirators have imported firearms from out of state**

A.     GPS data shows the co-conspirators moving from California to Texas and back:

15.     From search warrant returns, I reviewed the following GPS data associated with devices and accounts belonging to **Cameron CHOUANMASAY**[1]:

- On 12/10/2024 at 08:47:31 UTC, **Cameron CHOUANMASAY** was at GPS location 35.416, -119.057, which is near Highway 99 at Olive Drive, just north of Bakersfield, CA.

- On December 11, 2024, at 09:07:09 UTC, **CHOUANMASAY** was at GPS location 32.86824, -97.28265, which is 4704 Hibiscus St, Fort Worth, TX. This is the address that **CHOUANMASAY**, **PAHAL**, and **CALDERON** later posted pictures of guns from.

- On 12/18/2024 at 03:21:54UTC, GPS coordinate 32.86828, -97.28269 shows **CHOUANMASAY** is still at 4704 Hibiscus St, Fort Worth, TX.

- On 12/18/2025 at 05:11:03UTC, the GPS coordinate 33.60075, -97.93971 shows that **CHOUANMASAY** is on Highway 287 west of Bowie, TX.

- On 12/18/2025 at 12:08:46UTC, GPS coordinates 34.98809, -105.21619 show that **CHOUANMASAY** is Interstate 40 east of Albuquerque, New Mexico.

---

[1] I reviewed GPS data from an iCloud return belonging to phone number 559-824-8952. I believe this phone number belongs to **CHOUANMASAY** because the iCloud return contained numerous selfie-style photos of **CHOUANMASAY**.

AFFIDAVIT

6

- On 12/19/2024 at 02:11:39 UTC, GPS coordinates 36.76233, -119.845 show that **CHOUANMASAY** arrived back in Fresno, located at 1665 N Marks Ave, Fresno, CA, which is an apartment associated with **Julian CALDERON**. See Figure 1.

  *The picture shows that CHOUANMASAY is in a vehicle traveling eastbound on Highway 58, east of Bakersfield.*



16.    From search warrant returns, I reviewed the following GPS data associated with devices and accounts belonging to **Harman PAHAL**[2]:

- Geolocation data show that on 12/10/2024 at 08:49:29 UTC, **Harman PAHAL** was at GPS coordinates 35.37995, -119.04636, near Highway 99 in Bakersfield, CA. On December 11, 2024, at 05:25:23 UTC, **PAHAL** was at GPS coordinates 32.86877, -97.28248, next to 4704 Hibiscus St, Fort Worth, TX. This is the address from which **CHOUANMASAY**, **PAHAL**, and **CALDERON** later posted pictures of guns.

---

[2] I reviewed GPS data from an iCloud return belonging to phone number 559-720-0944 & 559-824-6495. I believe this phone number to belong to **PAHAL** because the iCloud return contained numerous selfie-style photos of **PAHAL**.

AFFIDAVIT                                             7

- The last GPS coordinate for **PAHAL**, 32.86824, -97.28265, is recorded on 12/18/2024 at 02:43:02 UTC in the Fort Worth area. The following GPS coordinate, 33.5812, -97.90135, corresponds to December 18, 2025, at 05:11:03 UTC. This location is on Highway 287 west of Bowie, TX. The last GPS update for **PAHAL** is 12/18/2024 at 23:12:00 UTC, with a coordinate of 35.01173, -117.64532, which corresponds to the parking lot of a Love's Truck Stop located on Highway 58 at exit 199/Boron Avenue, Boron, CA 93516.

17. From search warrant returns, I reviewed the following GPS data associated with devices and accounts belonging to **Cameron CHOUANMASAY** and **Harman PAHAL**, showing **Julian CALDERON**[3] on videos and photographs:

- Geolocation data show that on 12/10/2024 at 08:49:29 UTC, **Harman PAHAL** was at GPS coordinates 35.37995, -119.04636, near Highway 99 in Bakersfield, CA. On December 11, 2024, at 05:25:23 UTC, **PAHAL** was at GPS coordinates 32.86877, -97.28248, next to 4704 Hibiscus St, Fort Worth, TX. This is the address from which **CHOUANMASAY**, **PAHAL**, and **CALDERON** later posted pictures of guns.

- On 12/19/2024 at 02:11:39 UTC, GPS coordinates 36.76233, -119.845 show that **CHOUANMASAY** arrived back in Fresno, located at 1665 N Marks Ave, Fresno, CA, which is an apartment associated with **Julian CALDERON**.

- One video shows **CALDERON** driving **Harman PAHAL**, Mailik Hawari, and **Cameron CHOUANMASAY**. Video from their accounts shows the approximate corresponding locations. See Figure 2.

---

[3] I reviewed GPS data from iCloud and Snapchat returns belonging to **CHOUANMASAY** and **PAHAL**. I believe these accounts belong to **CHOUANMASAY** and **PAHAL** because the returns contained numerous selfie-style photos of them. Some photographs and videos are of them with **CALDERON** in Texas and back in Fresno.

AFFIDAVIT

8

*A clip from the video shows CALDERON driving on the way back from Texas.*



18.   From search warrant returns, I reviewed the following GPS data associated with devices and accounts belonging to Mailik HAWARI[4]:

- GPS data indicate that on 12/17/2024 at 06:01:35 UTC, Mailik HAWARI was at GPS coordinates 35.75144, -119.24577 on Highway 99 on the southern edge of Delano, CA. On December 18, 2024, at 02:24:59 UTC, HAWARI was at GPS coordinates 32.86824, -97.28265, corresponding to 4704 Hibiscus St, Fort Worth, TX. This is the address from which **CHOUANMASAY**, **PAHAL**, and **CALDERON** have been posting pictures of guns. The last GPS coordinate for HAWARI in the Fort Worth area is 12/18/2024 at 04:25:41 UTC (32.95315, -97.39657). The next GPS update, dated December 18, 2024, at 12:09:00 UTC, shows Mailik at GPS coordinates 34.98732, -105.21692 on Interstate 40 east of Albuquerque, New Mexico. The next expected return time for HAWARI to the Fresno area is 12/19/2024 at 02:12:00 UTC, at 36.76244, -119.84518, which corresponds to 1665 N Marks Ave, Fresno, CA. This location is associated with **CALDERON**.

---

[4] I reviewed GPS data from Snapchat return belonging to "threeyoungmal". I believe this account belongs to HAWARI because the Snapchat return contained numerous selfie-style photos of HAWARI.

AFFIDAVIT

9

19.    From search warrant returns, I reviewed the following GPS data associated with devices and accounts belonging to **Jaskarn BATTH**[5]:

- GPS location data indicates that on 12/17/2024 at 05:36:04 UTC, **Jaskarn BATTH** was at GPS coordinates 36.22756, -119.33629 on Highway 99 in Tulare, CA. On December 18, 2024, at 02:19:46 UTC, **BATTH** was at GPS coordinates 32.86836, -97.28269, corresponding to 4704 Hibiscus St, Fort Worth, TX. This is the address from which **CHOUANMASAY**, **PAHAL**, and **CALDERON** have been posting pictures of guns. The last GPS coordinate for **BATTH** in the Fort Worth area is 12/18/2024 at 04:30:37 UTC (33.02399, -97.44367). A GPS update on December 18, 2024, at 12:12:55 UTC shows Jaskarn at GPS coordinates 34.99170, -105.29597 on Interstate 40 east of Albuquerque, New Mexico. On 12/19/2024 at 02:08:01 UTC, **BATTH** was back in Fresno at 36.75750, -119.83871, near the intersection of W. Olive Ave. and N. Marks Ave.

20.    From search warrant returns, I reviewed the following photographs with relevant location information associated with devices and accounts belonging to **Colton MALONE**[6]:

---

[5] I reviewed GPS data from an iCloud return belonging to phone number 559-940-0341. I believe this phone number belongs to **BATTH** because the iCloud return contained numerous selfie-style photos of **BATTH**.

[6] I reviewed GPS data from an iCloud return belonging to phone number 559-727-3920. I believe this phone number belongs to **MALONE** because the iCloud return contained numerous selfie-style photos of **MALONE**.

AFFIDAVIT

10

*Photograph from MALONE showing the starting route SB on 99 with 1,535 miles remaining.*



*Photograph from MALONE showing a return from Texas SB US-183 S with 1,371 miles left.*



**B.**    <u>Photographs show firearms acquired in Texas:</u>

AFFIDAVIT

11

21.    I also reviewed multiple photographs from search warrant returns that showed the TARGET SUBJECTS in possession of firearms. In many cases, as described below, they took photographs of firearms in Texas and then photographs of the same firearms in California, showing their importation of those firearms from Texas to California.

22.    On 12/12/2024 at 02:41:02 UTC, **PAHAL** posted a Snapchat image showing a Draco pistol with a semi-transparent banana clip and a wooden foregrip, along with an FN Herstal Five Seven pistol. The image also shows a red Autel-style device[7] and what appear to be hand grenades. Based on the GPS coordinates in Snapchat, **PAHAL** was showing in Dallas/Fort Worth, Texas. See Figure 3.



*PAHAL posting a photograph of firearms in Texas.*



23.    Based on my review of photographs and videos recovered during this investigation, I observed multiple Draco pistols depicted in media captured in both Texas and California, beginning

---

[7] An Autel-style device is an electronic device that can be used to mimic the frequencies of a modern, electronic car key and/or reprogram blank car keys to match a vehicle. These devices are used lawfully by locksmiths and auto professionals to program new keys for cars whose owners' electronic keys have been lost or damaged, but are also misused by professional auto thieves to steal high-end cars. Devices such as these retail from hundreds to thousands of dollars. Over the course of my investigation, I did not develop any evidence that any of the target subjects are locksmiths or auto professionals with a legitimate purpose for these devices.

AFFIDAVIT

12

with the Texas trip. Additionally, I reviewed social media content and iCloud returns predating the Texas trip, including material from December 2024. Prior to the December 2024 trip, I observed only one Draco firearm in the co-conspirators' possession which had a distinctive wood grain and a noticeable dinosaur or lizard sticker. After the December 2024 trip, I observed additional Dracos with different wood grain on their stocks and no sticker.

24.     I am aware that Draco firearms are generally illegal to purchase, possess, or sell under California law, and that they are often sought after by criminal actors due to their perceived rarity. Accordingly, based on the geolocation data associated with the media, the dates the content was posted, and my training and experience, I believe the additional Draco pistols depicted throughout this warrant were acquired during the Texas trip and subsequently transported back to California.

25.     On 12/12/2024 at 02:51:03 UTC, **PAHAL** posted a picture of himself holding the FN 5-7. Based on the GPS coordinates in Snapchat, **PAHAL** was showing in Dallas/Fort Worth, Texas.

*PAHAL posting a photograph of firearms in Texas.*



26.     On 12/12/2024 at 03:48:53 UTCC and 03:49:06 UTC, both **PAHAL** and **CHOUANMASAY** posted pictures showing two Dracos, an FN 5.7, with two Autel-style devices and multiple keys and window breakers, all of which are used to steal cars. The medallion that **PAHAL**

AFFIDAVIT                                                    13

commonly wears is draped over one of the Dracos. Based on the GPS coordinates in Snapchat, **PAHAL** and **CHOUANMASAY** were showing in Dallas/Fort Worth, Texas, at the same location.

*PAHAL and CHOUANMASAY posting photographs of firearms in Texas.*

 

27.    On December 14, 2024, at 11:44:47 UTC, **CHOUANMASAY** posted a picture to a group chat showing four Glock Handguns on the center console of a car with red interior seats. Three of the four handguns have Glock switches and extended magazines. Based on the GPS coordinates in Snapchat, **CHOUANMASAY** was showing in Dallas/Fort Worth, Texas.

AFFIDAVIT

14

*CHOUANMASAY posted a photograph of firearms in Texas.*



28.    I observed multiple videos in which **CHOUANMASAY**, **PAHAL**, and **BATTH** are seen dancing around with numerous guns, including a Draco, and the thumbnail has a tag showing they are in Fort Worth.

*Photograph of CHOUANMASAY, PAHAL, and BATTH with firearms in Texas.*



29.    On December 17, 2024, at 9:25:07 UTC, **CHOUANMASAY** posted a picture of a Glock and an AR pistol from Texas. Messages to sell the firearms were located on **PAHAL**'s iCloud. Based on the GPS coordinates in Snapchat, **CHOUANMASAY** was showing in Dallas/Fort Worth, Texas.

*The Glock and AR pistol.*



30.    In this photograph, **Julian CALDERON** is inside a bathroom and holds one of the Dracos depicted in numerous other pictures. The attached GPS coordinates also indicate that his location is at 4704 Hibiscus St, Fort Worth, TX 76137.

*Photo of CALDERON holding a Draco in Texas.*



**C.**    Photographs show the same firearms in California:

31.    On 12/18/2024, **MALONE** posted a picture on Instagram showing two Dracos on his lap alongside two Autel-style devices. Based on my training, experience, and case knowledge, these Autel-style devices are used to steal vehicles. Based on the date and time the photo was posted and the GPS coordinates used in this investigation, it was taken during the trip from Texas to California.

*MALONE posted a photo of himself holding firearms while returning from Texas.*



32.    On December 18, 2024, **CALDERON** is pictured holding two Dracos. Based on the posted date and time, the GPS locations used in this investigation show **CALDERON** back in Fresno.

*CALDERON holding two Dracos back in Fresno.*



33.     On December 20, 2024, at 02:46:31 UTC, **CHOUANMASAY** posted a picture with a Draco firearm that matches the photos of the Dracos he posted in Texas. The image has a caption with a time stamp of 6:46 PM in Fresno on December 19, 2024.

*CHOUANMASAY posting a picture of a Draco in Fresno.*



AFFIDAVIT

34.    On December 18, 2024, at 21:46:01 UTC, **CALDERON** posted a picture featuring two of the Dracos. Based on the timestamp, the Dracos are believed to be from the trip to Texas. Based on the posted date and time, the GPS locations used in this investigation would show **CALDERON** back in Fresno.

*CALDERON posting a picture holding two Dracos in Fresno.*



35.    On December 17, 2024, at 9:25:07 UTC, **CHOUANMASAY** posted a picture of a Glock and an AR pistol from Texas.

*CHOUANMASAY posted a picture of an AR pistol, which was later recovered from MALONES'*

*room during a search warrant in April 2025 in Fresno.*

AFFIDAVIT

19



36.    On 01/27/2025, **MALONE** posted a video holding a Glock, Ser: BVLK631. This is a screenshot from that video. The firearm was recovered by Fresno PD on 02/26/2025 during a search warrant for Jaleel Jackson.

*MALONE posted a video of himself holding a Glock.*



37.    On 03/05/2025, **BATTH** posted a photo of **PAHAL**, and on 02/06/2025, **PAHAL** posted the same photo of **PAHAL** while holding a Draco and several Glocks. Based on the posting times, **PAHAL** was back in the Fresno area.

*PAHAL with firearms in Fresno.*

AFFIDAVIT

20



38.    On 03/08/2025, **BATTH** posted himself and **CALDERON** with Dracos and Glocks. Based on the time frame in which this photo was posted, **PAHAL** was in Fresno. See Figure 17.

*BATTH and CALDERON with firearms in Fresno.*



**Evidence that the co-conspirators are dealing in firearms**

AFFIDAVIT

21

**A.**    <u>Messages that show firearms dealing:</u>

39.    I reviewed a group chat that includes Jaleel JACKSON, Mailik HAWARI, **Cameron CHOUANMASAY**, **Harman PAHAL**, **Jaskarn BATTH**, and **Colton MALONE** that began on or about December 10, 2024. This message thread discusses picking up money and selling two firearms.

| User | Message |
| --- | --- |
| Harman | Colt go pick up sum money for me |
| Harman | 2500 |
| Harman | @bagman.colt |
| Colton | Where at |
| Harman |  Adog |
| Harman | Im sellin the gen |
| Harman | N baby Ak |
| Colton | Ok |
| Colton | Its good |
| Colton | Ill go |
| Colton | Later |
| Harman | Ill tell u when |

40.    Based on my training and experience, I know that "Gen" refers to a Glock firearm, meaning generation or signifying new and improved, and "baby AK" refers to an assault rifle. The "AK" stands for Avtomat Kalashnikova, Russian for "automatic Kalashnikov."

41.    I am familiar with "Adog", which is the moniker of Alexander VASQUEZ, a known Fresno-area firearms trafficker. I reviewed other phone records that indicated that co-conspirators were in contact with VASQUEZ. VASQUEZ recently pleaded guilty to firearms trafficking in violation of 18 USC 933 in case 1:25-cr-132-JLT.

42. I also reviewed messages between **Harman PAHAL** and **Jaskarn BATTH** starting December 10, 2024. **PAHAL** is asking **BATTH** to sell firearms for him.

| User | Message |
|------|---------|
| Harman | Brother I need |
| Harman | Em n yall need go sell these guns for me |
| Harman | Its gon b 2400 |
| Jaskarn | Bro |
| Jaskarn | Yk im playing |
| Jaskarn | Right |
| Jaskarn | Funbass |
| Harman | N i need |
| Harman | Ma keys brother |
| Harman | Iam finna have like 4 geez at home |
| Jaskarn | I can ship keys |
| Jaskarn | ? |
| Harman | I took 1500 wit me |
| Harman | Yea |
| Jaskarn | Where I put the money at |
| Jaskarn | When we get it |

| Harman | N im finna kram shi |
|--------|---------|
| Harman | Take it to Leel |
| Harman | He has the 23 over there |
| Jaskarn | Leel brining me Glock rn he not gonna be home ask him when he get bak |
| Harman | Text him for it |
| Jaskarn | ^ |
| Jaskarn | He jus text me rn |

AFFIDAVIT

23

| Harman | Ok |
| Jaskarn | He's gonna bring it to me kuz he leavin |
| Harman | I tell him text u |
| Jaskarn | Ight |
| Harman | Its good |
| Jaskarn | Where we meeting dude |
| User | Message |
| Jaskarn | I hope not fuckin huron |
| Harman | Na in the city |

43.    I reviewed messages between **Cameron CHOUANMASAY** and Snapchat username biggestoppk on or about Friday, December 20, 2025, where **CHOUANMASAY** was talking about selling a Draco.

| User | Message |
| Cameron | Got the drake sold |
| Biggestoppk | Too who |
| Cameron | He said that nigga will buy both |
| Cameron | For 4K |
| Cameron | Rn |
| Biggestoppk | Iâm not finna sell my shi |
| Cameron | Okkk |
| Biggestoppk | Type shiii |

44.    In reviewing **PAHAL**'s Instagram warrant returns, investigators found that he exchanged messages under the username "apes.rock77". **PAHAL** sent a picture of a Glock with an extended magazine and a DPMS AR-15. (This AR-15 was recovered during a search warrant at **MALONE**'s apartment.) In the picture, he captioned it "Online," indicating that he has them for sale. "apes.rock77" asks, "How Much?" and **PAHAL** tells him to make an offer. "apes.rock77" responds with "23 for both."

*Pahal sent a picture of a Glock and an AR-15 for sale.*



45.    While reviewing **PAHAL**'s Instagram warrant returns, investigators found that he exchanged messages with the username east_menlo. east_menlo has had multiple social media conversations with the suspects in the case about buying and selling firearms.

46.    I reviewed a chat between **PAHAL** (user: harmskiii) and east_menlo on December 16, 2024. Based on my knowledge of conversations with this group, I believe the term "glitches" was used to refer to switches, and the term "gen" to refer to a Glock handgun. Based on the context of the conversation, it appears **PAHAL** and user east_menlo are discussing a firearm that east_menlo may be able to trade for a firearm in **PAHAL**'s possession, as **PAHAL** tells user east_menlo, "Just shoot offer."

AFFIDAVIT

25

| User | Message |
|------|---------|
| east_menlo | Lmk when it's for sale |
| Harmskiii (**PAHAL**) | Brother tha mf online soon as I touch back down |
| east_menlo | How much u askin? |
| harmskiii | Jus shoot offer |
| harmskiii | You got any Glitches |
| east_menlo | Im sellin the gen |
| east_menlo | You tell me price? |
| harmskiii | 25  an firm tho jus throw sum |

47.     I reviewed a chat between **CALDERON** (user 11jubzzck) and an Instagram user "Manza visuals" on March 30, 2026. **CALDERON** tells 'Manza visuals' that he needs "blicks." Based on my training and experience, "blicks" refers to assault rifles. 'Manza visuals' tells **CALDERON** that "kam" ordered a crate. Based on my knowledge of this investigation, "kam" refers to **Cameron CHOUANMASAY**, one of **CALDERON**'s associates, and "crate" refers to a case of guns.

AFFIDAVIT

| User | Message |
|---|---|
| 11jubzzck (**CALDERON**) | Bruh |
| 11jubzzck | I need fuckin blicks |
| 11jubzzck | Like fuck u playin |
| 11jubzzck | Niggak on Bz |
| 11jubzzck | Hella shi going on u playing |
| Manza visuals | I gave u my main contact nigga what r u talking abt |
| 11jubzzck | Bro send it |
| 11jubzzck | ASAP |
| Manza visuals | Sent an attachment |
| Manza visuals | He said kam ordered a crate already |
| 11jubzzck | Bro |
| 11jubzzck | Your number |
| Manza visuals | Bru |
| Manza visuals | 925-580-1014 |
| Manza visuals | Sent an attachment |
| Manza visuals | This look familiar |
| 11jubzzck | FR |
| 11jubzzck | Who's |
| Manza visuals | My patna has one |
| 11jubzzck | Wyd kall me |

AFFIDAVIT

27

**B.**     Photographs and images that show possession of firearms:

48.     I know based on my training and experience that illegally possessing multiple firearms of the same make and model, especially in near-new condition, can suggest that the acquisition is for resale rather than personal use, an indicator consistent with unlawful dealing.

*CALDERON and CHOUANMASAY holding Glocks with auto sears affixed to the rear slides. Created*

*12/05/2024*



AFFIDAVIT

*CHOUANMASAY with numerous Glock pistols and an AR pistol. The AR pistol has appeared in numerous posts and appears to be the same as the AR pistol recovered during a search warrant at MALONE'S residence. GPS data shows the photograph was taken in Fresno. Created 11/10/2024*



49.    I also know that large numbers of firearms may sometimes be a factor considered in diversion or unlicensed dealing and an indicator consistent with unlawful dealing. Displaying cash with firearms in social media posts is common among those offering firearms for sale illegally.

AFFIDAVIT

29

*CALDERON with numerous firearms and a large sum of cash in Truckee, CA in December 2025.*



*Screenshot from a video of CHOUANMASAY with numerous firearms and cash. Created 12/13/2025*



*Screenshot from video CHOUANMASAY, CALDERON, and PAHAL with multiple firearms. Based on my training and experience, the term "blick" refers to automatic weapons. Created 12/16/2025*



50.     Multiple firearms of the same make and model, especially in near-new condition, can suggest that the acquisition is for resale rather than personal use, an indicator consistent with unlawful dealing.

*Firearms posted by PAHAL when having user 11k.himself broker a deal for him.*



AFFIDAVIT

51.    I reviewed a chat between **PAHAL** and an Instagram user "11K.himself" on December 20, 2024. **PAHAL** wants "11K.himself" to broker a deal for the Glock firearms in the above photograph.

52.    Based on my training and experience, I know that "G27k" refers to a subcompact Glock firearm, meaning generation or signifying new and improved, and "poles" refers to firearms, typically a handgun.

AFFIDAVIT

| User | Message |
| --- | --- |
| Harmskii (**PAHAL**) | No one from yo hood want these poles |
| 11k.himself | Send pic were I csn save |
| 11k.himself | ok |
| harmskii | Yup Imk |
| 11k.himself | Ok |
| 11k.himself | G27k geb4k with 22 stick |
| 11k.himself | 1225 |
| harmskii | Trade ? |
| 11k.himself | Cash |
| harmskii | 27 for band |
| 11k.himself | Put a 22 stick and 15 stock iln get it gone for 12 |
| harmskiii | It's good |
| harmskii | I got it |
| harmskii | Get tha mf |
| 11k.himself | Nah im saying u put the 22 stick and stock 15 |
| 11k.himself | Ill get it gone for u for 1200 |
| harmskii | Yee brother it's good i got that |

### Subsequent investigation and criminal activities of the target subjects

53.     Based on the original auto theft investigation, Fresno PD (Cases #2405250225 and #2409230219) detectives authored Ramey warrants for **Harman PAHAL**, **Cameron**

AFFIDAVIT

33

CHOUANMASAY, **Julian CALDERON**, **Colton MALONE**, Mailik HAWARI, and **Jaskarn BATTH**, as well as residential search warrants.

54.     All individuals were arrested on 2/26/2025 in connection with an auto theft investigation and booked into the Fresno County Jail, except **CALDERON**, who was not located during warrant service. **PAHAL**, **CHOUANMASAY**, and **BATTH** posted bond. HAWARI posted bond but was rearrested on 9/30/2026 and released on 12/29/2025 after serving three months of confinement and being placed on probation.

55.     While the suspects were out on bond, I monitored their activities in and around the area and continued reviewing evidence from the Texas trip. While reviewing Fresno PD's nightly updates, I also observed several shootings involving some of them. The following is a list of incidents involving **Harman PAHAL**, **Julian CALDERON**, and **Colton MALONE**, including the arrests of **CALDERON** and **MALONE** in Oakland, CA.

56.     These firearms-related incidents are significant to this investigation because they indicate to me that these subjects' possession of firearms was not for lawful collection or sporting purposes. Additionally, I know that individuals who use firearms unlawfully often buy and sell firearms regularly, as they need to dispose of firearms used in crime and acquire new firearms for use in their criminal activities.

57.     Person 1 is not a suspect in the firearms trafficking investigation but was part of the auto-theft crew during the original Fresno P.D. investigation. Based on my review of calls as well as a rap video released after the targets bonded out of the Fresno County Jail, other crew members labeled Person 1 a "rat." Additionally, a witness told detectives that after **PAHAL** was arrested for auto theft, he had no further contact with Person 1.

58.     I reviewed the cases below involving the targets in this case after they were released on bond:

AFFIDAVIT

34

a. Oakland PD Case 25-040691 (09/16/2025 at 0051 hours): Both **CALDERON** and **MALONE** ran from police, and a loaded Glock 17 was recovered, equipped with an auto-sear.

b. FPD Case 2509300794 (09/30/2025 at 1423 hours): High-speed pursuit with officers. Mailik HAWARI was taken into custody and booked into the Fresno County Jail.

c. FPD Case 2511061428 (11/06/2025 at 2130 hours): Unknown suspects shot into Julian's dad's house, and **Julian CALDERON** was identified as shooting back.

d. CPD Case 25-83964 (11/21/2025 at 0348 hours): Residence shot at J.R.'s girlfriend's residence.

e. Kingsburg PD Case 25-1881 (11/27/2025 at 0232 hours): Residence shot at J.R.'s mother's residence.

f. FPD Case 2511290072 (11/29/2025 at 0130 hours): Residence shooting at **PAHAL**'s residence. On 12/12/2025, Jordan Rios was arrested for shooting.

g. Kingsburg PD Case 25-1892 (11/30/2025 at 0245 hours): Residence shot at J.R.'s mother's house.

59. While the shootings were under investigation by the Fresno PD, I monitored social media accounts related to the suspects and discovered that **PAHAL**, **CALDERON**, and **CHOUANMASAY** were staying at an Airbnb in early December near Truckee, CA. I observed several photos and a rap video uploaded to Instagram. Based on photographs and videos posted on social media, all three were in possession of multiple firearms during their trip. In the photographs and videos, I identified the individuals as **PAHAL**, **CALDERON**, and **CHOUANMASAY** based on the surroundings, clothing, jewelry, body features, and the firearms.

60. On December 31, 2025, **CALDERON** was arrested in FPD Case 2511061428 while attending a 49ers game. He was transferred to Fresno and later bonded out on January 7, 2026.

61. I continued to monitor social media and crime reports from Fresno and Oakland for criminal activity involving **CALDERON**, **PAHAL**, **MALONE**, **CHOUANMASAY**, HAWARI, and **BATTH**. The following is a list of incidents involving **Harman PAHAL**, **Julian CALDERON**, and **Colton MALONE**.

AFFIDAVIT

35

a. Oakland PD Case 26-007265 (02/15/2026 at 2057 hours): A traffic stop involved several people in the vehicle. **PAHAL** fled from the police and was taken into custody. Two rifles were located and identified at the location where **PAHAL** was seated: a 300 AAC Blackout and a 7.62x39.

b. FPD Case 2603190096 (03/19/2026 at 0114 hours): Traffic stop involving a stolen vehicle. Occupied by **MALONE** and four others. **MALONE** fled and was found hiding inside a trash can. Further investigation revealed that **MALONE** had discarded a firearm and that **PAHAL** was in possession of an illegal firearm. Detectives returned to the scene and located a Glock 19 9mm. Both **MALONE** and **PAHAL** were arrested, and search warrants were served at their residences. At **PAHAL**'s residence, a loaded mini-Draco was found in his bedroom. At **MALONE**'s residence, a red high-capacity handgun magazine, one live .40-caliber round, two live 5.56-caliber rounds, an expended 5.56-caliber casing, and an Autel key fob were found.

c. FPD Case 2603220161 (03/22/2026): A victim was beaten during an armed robbery. **PAHAL** and **CALDERON** were identified as suspects. Occurred at MGA Liquor, 2707 N. Blackstone Ave.

d. Oakland PD Case 26-013289 (03/24/2026 at 0800 hours): **CALDERON** was driving a stolen vehicle used in a Fresno PD Armed Robbery (FPD Case #2603020442). **CALDERON** sideswiped an OPD vehicle, fled from police, and then intentionally struck a patrol vehicle, after which **CALDERON**'s vehicle became disabled. **CALDERON** fled from police and was not located. A loaded AR-style rifle (30-round magazine) was located on the rear floorboard, and a loaded Glock 45 9mm with an extended 28-round magazine was found on the rear passenger floorboard. **CALDERON** was arrested on 04/29/2026 in Fresno regarding the OPD case and threatened to kill arresting Fresno Police officers.

e. FPD Case 2604231342 (04/23/2026): A victim was beaten during an armed robbery. **CALDERON** has been identified as one of the suspects. Occurred at Saizon Restaurant, 2894 E. Shepherd Ave.

## VIII.   <u>CONCLUSION</u>

62.   Since I began reviewing this case, the suspects under investigation have escalated from auto theft to firearms trafficking, high-speed pursuits, and shootings. While reviewing social media returns, it is noted that the suspects traveled to Texas, where they appear to have obtained at least two 7.62-caliber Dracos with high-capacity magazines, as well as additional handguns.

63.   These firearms were later seen on their social media accounts while back in the city of Fresno, and they were attempting to sell them on Instagram. The suspects who traveled to Texas in the first wave were **Harman PAHAL**, **Cameron CHOUANMASAY**, and **Julian CALDERON**. Then, in the second wave, **Colton MALONE**, **Jaskarn BATTH**, and Mailik HAWARI all drove together and

met **PAHAL**, **CHOUANMASAY**, and **CALDERON**. Based on the investigation thus far, they were all together in Texas in possession of firearms and returned to Fresno together with the same firearms. After arriving in Fresno, the firearms were observed on social media and posted for sale.

64.    The handguns and rifles depicted in the photographs in this affidavit appear to have either standard or extended magazines. Some have witness holes, and some are clear. Many of the handguns are fitted with a "Switch" or an auto-sear, making them fully automatic weapons.

65.    Given the presence of what appear to be genuine extended/clear magazines and auto-sear devices attached to the slide, I believe the firearms depicted in these photographs and videos are authentic rather than replicas or prop firearms. Additionally, throughout my law enforcement career, I have never encountered a "Switch" installed on a fake firearm, nor am I aware of any such recovery by officers in my agency.

66.    Based on my training and experience, and after reviewing the photographs listed above as well as numerous other photographs and videos, the number, apparent new condition, and variety of firearms depicted are consistent with patterns commonly observed in investigations involving potential unlicensed dealing in firearms.

67.    I consulted with the Bureau of Alcohol, Tobacco, and Firearms, who informed me that none of the suspects possess a valid Federal Firearms License to sell or import firearms.

68.    In summary, based on the investigation to date, I believe the following crimes have been committed: 18 U.S.C. § 371, Conspiracy to Unlawfully Deal Firearms, 18 U.S.C. §§ 922(a)(1)(A), 924(n), Unlawful Firearms Dealing Across State Lines, and 18 U.S.C. § 922(a)(3), Unlawful Interstate Importation of Firearms.

69.    The following supports my belief that **Harman PAHAL**, **Cameron CHOUANMASAY**, **Colton MALONE**, **Julian CALDERON**, **Jaskarn BATTH**, and Mailik HAWARI illegally purchased

AFFIDAVIT

37

firearms in Texas and transported them back to Fresno for the purpose of selling them or using them to commit crimes of violence, thereby allowing them to profit.

70.     As to **Harman PAHAL**, I have observed GPS location data showing him moving from California to Texas and back to California in December 2024, read messages indicating that he is selling firearms, and observed photographs in which firearms he was offering for sale in California appeared to be the same as firearms the conspiracy purchased in Texas.

71.     As to **Cameron CHOUANMASAY**, I have observed GPS location data showing him moving from California to Texas and back to California in December 2024, read messages indicating that he is selling firearms, and observed photographs in which he was offering firearms for sale and possessing firearms under circumstances consistent with sales that appear to have come from Texas.

72.     As to **Colton MALONE**, I have observed photographs showing him moving from California to Texas and back to California in December 2024, read messages indicating that he is selling firearms, and observed photographs in which he was possessing firearms that appeared to be the same as firearms the conspiracy purchased in Texas.

73.     As to **Julian CALDERON**, I have read messages indicating that he is selling firearms and observed photos where he is in possession of firearms that were purchased in Texas, as well as photos where he is posing with large quantities of firearms and cash consistent with firearms trafficking, including firearms that appear to have come from Texas.

74.     As to **Jaskarn BATTH**, I have observed GPS location data showing him moving from California to Texas and back to California in December 2024, read messages indicating that he is selling firearms, and observed photographs in which he was possessing firearms that appeared to be the same as firearms the conspiracy purchased in Texas.

75.     Based on the facts and circumstances set forth in this Affidavit, there is probable cause to believe that **Harman PAHAL**, **Cameron CHOUANMASAY**, **Colton MALONE**, **Julian**

AFFIDAVIT

38

**CALDERON**, and **Jaskarn BATTH** committed the listed charges. I therefore request that a criminal complaint and arrest warrant be issued for each of the above-listed suspects.

76.     As not all of the suspects in this investigation have been arrested, I request that this complaint and affidavit remain SEALED until further order of the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

*David Fenstermaker*
David Fenstermaker
Task Force Officer
Homeland Security Investigations, HSI

This Affidavit was submitted to me by reliable electronic means and attested to me as true and accurate by telephone, consistent with the requirements of Fed. R. Crim. P. 4.1, and 41(d)(3) on **Jun 9, 2026** .

HON.  ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

Reviewed as to form and concur in request to seal.

/s/ Robert Veneman-Hughes
ROBERT VENEMAN-HUGHES
Assistant U.S. Attorney

AFFIDAVIT

39